**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* _____   Chapter __11__

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | American Tool & Mold, Inc. |
| **2.** | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 59-2386806 |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business**<br><br>1700 Sunshine Drive<br><br>Clearwater, FL 33765<br>Number, Street, City, State & ZIP Code<br><br>Pinellas<br>County | **Mailing address, if different from principal place of business**<br><br><br><br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>1700 Sunshine Drive Clearwater, FL 33765<br>Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | americantoolandmold.com | |
| **6.** | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

Debtor   American Tool & Mold, Inc.                                        Case number (*if known*) _____
         Name

**7.   Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☒ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | See Attachment | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                    page 2

Debtor   American Tool & Mold, Inc.                                          Case number (*if known*) _____
      Name

**11.  Why is the case filed in *this district?***   *Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other   _____

**Where is the property?**   _____

    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency   _____

       Contact name   _____

       Phone   _____

---

### Statistical and administrative information

**13.  Debtor's estimation of available funds**   .   *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor   American Tool & Mold, Inc.                                    Case number (*if known*) _____
_____ Name

████  **Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   May 14, 2026
            MM / DD / YYYY

**X** /s/ Emilia Giannakopoulos                    Emilia Giannakopoulos
Signature of authorized representative of debtor    Printed name

Title   CEO

**18. Signature of attorney**   **X** /s/ Daniel A DeMarco                    Date   May 14, 2026
Signature of attorney for debtor                    MM / DD / YYYY

Daniel A DeMarco Pro Hac Vice Pending (OH No. 0038962)
Printed name

Hahn Loeser and Parks LLP
Firm name

200 Public Square - Suite 2800
Cleveland, OH 44114
Number, Street, City, State & ZIP Code

Contact phone _____   Email address   dademarco@hahnlaw.com

_____
Bar number and State

Debtor   American Tool & Mold, Inc.                                    Case number *(if known)* _____
         Name

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* _____   Chapter    11

☐ Check if this is an
  amended filing

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | | |
|---|---|---|---|
| Debtor | American Tech Medical, Inc. | Relationship to you | Affiliate |
| District | Middle District of Florida    When | Case number, if known | |
| Debtor | American Technical Molding, Inc. | Relationship to you | Affiliate |
| District | Middle District of Florida    When | Case number, if known | |
| Debtor | American Tool & Mold, LLC | Relationship to you | Affiliate |
| District | Middle District of Florida    When | Case number, if known | |
| Debtor | ATM Investment Property 1700 LLC | Relationship to you | Affiliate |
| District | Middle District of Florida    When | Case number, if known | |
| Debtor | USA Manufacturing Solutions, LLC | Relationship to you | Affiliate |
| District | Middle District of Florida    When | Case number, if known | |

Fill in this information to identify the case:

| Debtor name | American Tool & Mold, Inc. |
|---|---|
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known): | |

☐ Check if this is an
amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ALLIANTGROUP, LP 3009 POST OAK BLVD Houston, TX 77056 | | | | | | $208,924.85 |
| AV Tech Capital 6995 Union Park Center, Suite 400 Cottonwood Heights, UT 84047 | | Multiple pieces of refinanced equipment | | $964,335.14 | $0.00 | $964,335.14 |
| Choice Financial Group 4501 23rd Avenue, S. Fargo, ND 58104 | | Mantle 3D Metal Printer | | $215,132.99 | $0.00 | $215,132.99 |
| Choice Financial Group 4501 23rd Avenue S. Fargo, ND 58104 | | Plasolan Tables for Nissei Machines | | $196,573.77 | $0.00 | $196,573.77 |
| EDRO SPECIALTY STEELS INC. 310 WAYNE AVENUE Ellwood City, PA 16117 | | | | | | $155,199.96 |
| Encore Bank 1801 Rahling Road, Suite 100 Little Rock, AR 72223 | | Toyoda Milling Machine | | $540,462.16 | $0.00 | $540,462.16 |
| Encore Bank 1801 Rahling Road, Suite 100 Little Rock, AR 72223 | | Hardinge Lathe | | $239,780.60 | $0.00 | $239,780.60 |
| Encore Bank 1801 Rahling Road, Suite 100 Little Rock, AR 72223 | | Mark Surface Grinder 4880 | | $152,725.02 | $0.00 | $152,725.02 |
| Everbank PO Box 11621 Newark, NJ 07101 | | | | $3,929,804.00 | $0.00 | $3,929,804.00 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor   American Tool & Mold, Inc.    Case number (if known)
_____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| First Citizens Bank P.O. box 550599 Jacksonville, FL 32255 | | Buliding Security Cameras | | $164,998.12 | $0.00 | $164,998.12 |
| Mac Funding Corp. PO Box 7410720 Chicago, IL 60674 | | Roku-Roku Graphite | | $188,829.10 | $0.00 | $188,829.10 |
| MAC Funding Corp. PO Box 7410720 Chicago, IL 60674 | | Roku-Roku Graphite | | $142,628.70 | $0.00 | $142,628.70 |
| MAC Funding Corp. PO Box 7410720 Chicago, IL 60674 | | | | $142,628.70 | $0.00 | $142,628.70 |
| Makino Inc. Dept. C 16443 Palatine, IL 60055 | | Makino Machine Milling | | $653,169.55 | $0.00 | $653,169.55 |
| Makino Inc. Customer Care 801 Walnut Street MAC:   F0006-053 Des Moines, IA 50309 | | Makino Machine Milling | | $631,674.53 | $0.00 | $631,674.53 |
| North Mill Equipment PO Box 24245 Las Vegas, NV 89124 | | Okuma Genos M460V-5AX | | $354,924.99 | $0.00 | $354,924.99 |
| PHELPS DUNBAR LLP 100 ASHLEY DRIVE SUITE 2000 Tampa, FL 33602 | | | | | | $148,981.35 |
| Summit Funding Group 4680 Parkway Dr., Suite 300 Mason, OH 45040 | | Okuma Genos M460V-5AX 3D Metal Printer #28 Furnace | | $478,766.31 | $0.00 | $478,766.31 |
| TCS Milestone Capital Partners PO Box 1297 Troy, MI 48099-1297 | | Multiple Refinanced Equipment | | $1,132,614.00 | $0.00 | $1,132,614.00 |
| Wintrust Specialty Finance PO Box 84783 Seattle, WA 98124-6083 | | 2 Nissei Molding Machines | | $772,353.40 | $0.00 | $772,353.40 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     American Tool & Mold, Inc.

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     May 14, 2026          **X** /s/ Emilia Giannakopoulos
                                        Signature of individual signing on behalf of debtor

                                        Emilia Giannakopoulos
                                        Printed name

                                        CEO
                                        Position or relationship to debtor