# BOARD RESOLUTIONS

## American Tool & Mold, Inc.

The undersigned, being all of the members of the board of directors (collectively, the "Board") of American Tool & Mold, Inc., a Florida corporation (the "Company"), and pursuant to the Code of Regulations of American Tool & Mold, Inc. dated as of May 14, 2026 (together with any and all amendments, collectively, the "Regulations"), hereby undertake the resolutions set forth herein (the "Resolutions"):

## RECITALS

WHEREAS, the Company is party to a certain loan transaction with EverBank, N.A. ("Bank" and such transaction, the "Loan");

WHEREAS, Bank alleges certain events of default have occurred under the Loan and, as a result, on or about November 25, 2025, Bank filed a Complaint against the Company and its affiliates (collectively, the "Debtors") in the Circuit Court of the Sixth Judicial Circuit in and for Pinellas County, Florida, in a case styled as *EverBank, N.A. vs. ATM Investment Property 1700 LLC, et al.,* Case Number 25-006757-CI, and on January 22, 2026, the Circuit Court appointed a receiver over the real property owned by the Company and over the business and operating assets of the other Debtors, later governed by a February 10, 2026, Amended and Restated Order Appointing Receiver;

WHEREAS, the Board convened a meeting to consider the matters set forth in this Resolution on May 14, 2026 (the "Meeting");

WHEREAS, the Board considered the circumstances and potential implications of the disputes with the Bank and the receiver, and their potential impact on the Company and its creditors; and

WHEREAS, the Board is satisfied that the actions set forth in these Resolutions are in the best interest of the Company and its creditors.

Now, THEREFORE, in view of the foregoing Recitals, it is hereby RESOLVED as follows:

1.      The Company is authorized to retain and employ such professionals as the officers of the Company determine are necessary in order to assist and advise the Company (a) with respect to its alleged obligations to Bank and creditors including, without limitation, Hahn Loeser & Parks LLP and BJC Advisors LLC (collectively, the "Professionals"); and/or (b) with respect to a Bankruptcy Case (as defined below).

2.      The Company is authorized to file a voluntary petition for relief under chapter 11 of title 11 of the United States Code (individually and collectively with those of any affiliates of the Company, a "Bankruptcy Case").

21537538.5

3.	The Company's officers are authorized to undertake any and all actions as necessary in order to effectuate the matters set forth in these Resolutions.

4.	The Board waives any notice requirements applicable to the Meeting, whether pursuant to the Regulations or otherwise.

5.	The undersigned has executed these Resolutions effective as of May 14, 2026. These Resolutions may be executed in counterparts, all of which, when taken together, shall constitute a single instrument.  Signatures to these Resolutions may be transmitted by facsimile, .pdf, or other electronic means, all of which shall be deemed to be originals.

*[Remainder of page intentionally blank; signatures follow.]*

21537538.5

IT SO RESOLVED.


/s/ Emilia Giannakopoulos

Emilia Giannakopoulos

Signature Page to Board Resolutions

## BOARD RESOLUTIONS

### American Tool & Mold, Inc.

The undersigned, being all of the members of the board of directors (collectively, the "Board") of American Tool & Mold, Inc., a Florida corporation (the "Company"), and pursuant to the Code of Regulations of American Tool & Mold, Inc. dated as of May 14, 2026 (together with any and all amendments, collectively, the "Regulations"), hereby undertake the resolutions set forth herein (the "Resolutions"):

### RECITALS

WHEREAS, the Company desires to appoint a Chief Restructuring Officer of the Company, with sole and exclusive management authority over all financial and operational matters concerning the Company's business, reporting to the Board, pursuant to these Resolutions and an engagement letter setting forth the terms and conditions of such appointment in form and substance satisfactory to the Company;

WHEREAS, the Company has resolved to proceed with the appointment of Joseph Baum of BJC Advisors LLC as Chief Restructuring Officer of the Company, with sole and exclusive management authority over all financial and operational matters concerning the Company's business, reporting to the Board, pursuant to the engagement letter attached hereto and incorporated by reference (the "Engagement Letter");

WHEREAS, the Board convened a meeting to consider the matters set forth in these Resolutions on May 14, 2026, or, alternatively, has determined to act without a meeting in accordance with any and all applicable Regulations;

WHEREAS, the Board considered the circumstances and potential implications of the proceeding with the Engagement Letter or failing to do so would have on the Company and its creditors; and

WHEREAS, the Board is satisfied that the actions set forth in these Resolutions are in the best interest of the Company and its creditors.

Now, THEREFORE, in view of the foregoing Recitals, it is hereby RESOLVED as follows:

1.      The Engagement Letter is hereby approved in all respects.

2.      Upon the Company's execution of the Engagement Letter, Joseph Baum of BJC Advisors LLC is hereby appointed as Chief Restructuring Officer of the Company, with sole and exclusive management authority over all financial and operational matters concerning the Company's business, reporting to the Board.

3.      The Company's officers are authorized to undertake any and all actions as necessary in order to effectuate the matters set forth in these Resolutions, including, without limitation, the execution and delivery the Engagement Letter.

21537507.5

4.      The Board waives any notice requirements applicable to the Meeting, whether pursuant to the Regulations or otherwise.

5.      The undersigned has executed these Resolutions effective as of May 14, 2026. These Resolutions may be executed in counterparts, all of which, when taken together, shall constitute a single instrument.  Signatures to these Resolutions may be transmitted by facsimile, .pdf, or other electronic means, all of which shall be deemed to be originals.

*[Remainder of page intentionally blank; signatures follow.]*

21537507.5

IT SO RESOLVED.


/s/ Emilia Giannakopoulos
Emilia Giannakopoulos


Signature Page to Board Resolutions


21537507.5